## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| RUFUS HAWKINS<br>2515 Alabama Avenue, SE, #218<br>Washington, DC 20020 | )<br>)<br>) |
| Plaintiff | ) |
| vs. | ) |
| UNITED STATES OF AMERICA | ) |
| SERVE ON: | ) |
| Timothy J. Shea<br>U.S. Attorney for the District of Columbia<br>Judiciary Center Building<br>555 Fourth Street, NW<br>Washington, DC 20530 | )<br>)<br>) |
| William Pelham Barr<br>United States Attorney General<br>U.S. Department of Justice<br>950 Pennsylvania Avenue, NW<br>Washington, DC 20530-0001 | ) Case No.: _____<br>)<br>) |
| R. Peter Masterton<br>Colonel, US Army Commanding<br>Department of the Army<br>Office of the Judge Advocate General<br>4411 Llewellyn Avenue, Suite 5360<br>Fort George G. Meade, MD 20755-5125 | )<br>)<br>)<br>) |
| Defendant | ) |

## COMPLAINT

TO THE HONORABLE COURT:

Plaintiff, Rufus Hawkins, by and through their undersigned counsel hereby files this Complaint against the Defendant, United States of America and for causes states as follows:

### JURISDICTION AND VENUE

1. This action arises under the Federal Tort Claims Act, 28 U.S.C. §1346(b) and §2671. et seq.

2. Venue for this action is appropriately in this District pursuant to 28 U.S.C. 1402, as the acts of negligence occurred at Veteran Affairs Medical Center in Washington DC.

3. Pursuant to 28 U.S.C. § 2675 (a), the claim set forth herein was presented to the Department of Veteran Affairs on May 10, 2016. The Department of Veteran Affairs acknowledged the claim on May 17, 2016. The claim was denied on September 30, 2019. (See Exhibit One)

4. On March 4, 2020, the Plaintiff gave notice pursuant to DC Code 16-2801 of his intention to file a lawsuit to the United States on his intention to file this lawsuit. (See Exhibit One)

5. That the parties have already expended over 3 years in the administrative process trying to resolve this matter amicably and have exhausted all administrative remedies.

6. That the United States has been given notice required by 16-2801 by virtue of the filing of the Plaintiff's Administrative claim on May 10, 2016.

## **PARTIES**

7. At all times relevant hereto, Plaintiff, Rufus Hawkins, was an adult resident of the District of Columbia.

8. Plaintiff Rufus Hawkins was at all times relevant a disabled veteran of the United States of America.

9. At all times relevant hereto Veteran s Affairs Medical Center is a government entity of the United States of America (hereinafter "U.S. Government") and is the agent of the United States.

10. Pursuant to Federal Law, the United States is the proper party in this matter and is responsible for all negligent acts of the Veteran Affairs Medical Center and the agents, servants and employees of the Veterans Affairs Medical Center.

11. Defendant United States of America, acting through its agents provides medical services to patients at the Veterans Affairs Medical Center. At all times material hereto, Defendant was a medical and health provider, hospital and/or organization providing medical services. Upon information and belief, Defendant United States, through its agents, servants and/or employees,

was negligent in that it failed to employ appropriate treatment, surgery and/or procedures, failed to carefully and thoroughly evaluate the Plaintiff's condition, failed to thoroughly evaluate the effects and results of any tests, treatment and/or procedures performed, failed to adjust the Plaintiff's treatment in response to appropriate evaluation of the effects of treatment, failed to properly monitor the course of the Plaintiff's condition and treatment, failed to employ adequate and proper diagnostic procedures and/or tests to determine the nature and extent of the Plaintiff's condition, failed to diagnose the Plaintiff's condition and was otherwise negligent. Plaintiff is asserting a medical professional liability action against this Defendant.

12. At all times material hereto, Defendant acted individually and/or by and through its agents, servants, workers and/or employees, and other healthcare providers involved in Mr. Hawkins' care and treatment as described herein.

13. The Plaintiff alleges that the Defendant United States of America, through its agents, servants and employees, owed to the Plaintiff a duty to exercise a degree of care, skill and judgment expected of a competent medical corporation acting in the same or similar circumstances, which duty included the performance of adequate and proper diagnostic tests and procedures to determine the nature and severity of the Plaintiff's condition, careful diagnosis of such condition, employment of appropriate procedures, tests, surgery and/or treatment to correct such conditions without inflicting injury upon the Plaintiff, continuous evaluation of the Plaintiff's condition and effects of such treatment, and the adjustment of the course of treatment in response to ongoing surveillance and evaluation – all of which the Defendant failed to do.

14. That on June 10, 2014, at approximately 9:55 am Plaintiff, Rufus Hawkins, a 60-year-old male that presented with extreme pain in his right leg and toes at the VA Medical Center located at 50 Irving Street, NW Washington DC. The Plaintiff upon admission to the VA Medical Center describe his pain as 10 the worst imaginable pain.

15. The Plaintiff further described that the pain in his right leg and toes had lasted for 6 days

and the Plaintiff further described that he had not suffered any new injury or trauma that would be the cause of the pain.

16. Despite informing the VA Medical Center of his symptoms, there is no documentation of any testing or blood work having been completed to determine the cause of the persistent pain.

17. The Plaintiff was diagnosed with a muscle strain/spasm. The Plaintiff was given a Toradol injection for pain. No diagnostic testing or any further follow up treatment was ordered. Mr. Hawkins was discharged to home at 11:03 am, a little over an hour after he had arrived.

18. On June 20, 2014, Mr. Hawkins, still experiencing severe pain in his right leg and toes presented to Howard University Howard University Hospital.

19. That Mr. Hawkins was admitted to the emergency room at Howard University Hospital on June 20, 2014 and underwent emergency surgery and was admitted with Acute Vascular Occlusion (blood vessel blocked) right leg.

20. The medical team at Howard University performed a Fem Bypass, (surgery using another blood vessel to bypass the blocked blood vessel) to clear the blockage.

21. Mr. Hawkins was diagnosed with lower limb ischemia, loss of blood supply to the right leg due to the blocked blood vessel with lead to tissue death in the right leg/foot.

22. After the surgery, Mr. Hawkins has lost feeling in his leg and has lost mobility and function in his leg.

23. All of the aforementioned injuries are permanent, and Mr. Hawkins continues to suffer every single day.

24. Had VA Medical Center properly diagnosed, assessed, and treated Mr. Hawkins on June 10, 2014, Mr. Hawkins would now have the full use of his leg and Mr. Hawkins would not have suffered any permanent injury.

25. Mr. Hawkins now struggles with mobility, everyday functions of life and lost overall enjoyment of life and has diminished life expectancy and capacity due to the negligence of the

United States of America it employees' agents and assigns;

26. There was no contributory negligence on the part of the Plaintiff.

27. As a direct and proximate result of negligence of the United States of America, Plaintiff suffered a significant and permanent injury to his right limb; Plaintiff experienced, and will continue to experience, pain and suffering, physical injuries, and severe emotional distress; has been prevented from pursuing usual routine activities; suffered humiliation and embarrassment; and, was caused economic damages including, but not limited to, expenses for hospital care, additional medical care, and counseling, as well as future expenses for medical care and counseling.

28. As a further direct and proximate result of the negligence by Defendants and/or Defendants' employees and/or agents, Plaintiff suffered past and future lost income, lost earnings, and loss of earning capacity.

## COUNT I.
## (NEGLIGENCE- MEDICAL MALPRACTICE)

29. The substance of the foregoing factual allegations are hereby re-alleged and incorporated by reference herein, and further;

30. Defendant failed to perform a good faith examination of Plaintiff's legs on which to base an assessment and treatment plan.

31. Plaintiff's injuries were the direct and proximate result of Defendant's negligence. The Plaintiff has suffered and will continue to suffer from his injuries including extreme pain and suffering, pecuniary loss, and emotional distress, loss of household services, diminished capacity and economic and non-economic damage.

32. The negligence of the U.S. Government acting through its employees, ostensible agents, and/or servants, directly and proximately caused the Plaintiff to suffer serious injuries, pain and suffering, pecuniary loss and emotional distress and permanent injury.

WHEREFORE, Plaintiff, Rufus Hawkins demands judgment against Defendant, in the amount of Ten Million Dollars ($10,000,000.00), plus all costs and post-judgment interest at the legal rate per annum from the date of judgment.

                Respectfully submitted,

                **KEMET HUNT LAW GROUP, INC.**

                /s/ Hughie D. Hunt
                Hughie D. Hunt, Esq.
                DC Bar #486347
                5000 Sunnyside Avenue, Suite 101
                Beltsville, MD 20702
                Attorney for Plaintiff
                (301) 982-0888
                hhunt@kemethuntlaw.com



5000 Sunnyside Ave., Suite 101 • Beltsville, MD 20705
Office: 301-982-0888 I Fax: 301-982-0889
www.kemethuntlaw.com

March 4, 2020

**<u>VIA CERTIFIED MAIL – RETURN RECEIPT REQUESTED</u>**
**<u>AND FIRST-CLASS MAIL</u>**
Robert P. Kirchhoefer
Deputy Chief Counsel
810 Vermont Avenue, NW
Washington, DC 20420

Attorney General for the District of Columbia
Attn: Karl A. Racine
441 4th Street, NW,
Suite 1100
Washington, DC 20001

Attorney General of the United States
Attn: William Pelham Barr
950 Pennsylvania Avenue, NW
Washington, DC 20530

   RE:  **Notice of Intention to File Lawsuit**

Dear Sir or Madam:

  Rufus Hawkins, by undersigned counsel, hereby gives notice to the above-addressed healthcare providers that a Complaint, including but not necessarily limited to medical malpractice, will be filed in the Superior Court of the District of Columbia, as required under the D.C. Code §16-2801, et seq., no earlier than ninety (90) days after the date of this letter.

  This matter involves the treatment and are rendered by healthcare providers including but not limited to Veterans Affairs Medical Center. This Lawsuit arises from treatment provided to Mr. Hawkins by at your facility,

  On June 10, 2014, Mr. Hawkins presented to the Emergency Roof at the VA Medical Center located at 50 Irving Street, NW, Washington DC. Mr. Hawkins presented with extreme pain in his leg and toes. No diagnostic testing or further follow up treatment was ordered. Mr. Hawkins was released with a prescription for pain medication. Several days later Mr. Hawkins underwent emergency surgery to his right leg at Howard University Hospital. Mr. Hawkins was diagnosed with right lower limb ischemia. VA Medical Center failed to provide proper medical care to Mr. Hawkins. Mr. Hawkins suffered severe and permanent injuries and required further

medical treatment.

      Mr. Hawkins timely filed his administrative claim which was denied on September 30, 2019. Because you have actual notice of this claim and this case has been thoroughly reviewed by the United States of America, we believe that DC Code 16-2801 does not apply to these types of actions, but nevertheless we have notified you out of an abundance of caution.

      Plaintiff will claim all economic and non-economic damages recoverable under D.C. Law.

      This will further advise that pursuant to the D.C. Code, my client reserve the right to add additional theories of liability and Defendants as the discovery process progresses.

      Please refer this matter to your insurance carrier or counsel. I am available for any questions you might have.

Very truly yours,

Hughie D. Hunt, Esq.



**U.S. Department of Veterans Affairs**
Office of General Counsel

Torts Law Group
810 Vermont Avenue, NW
Washington, DC 20420

Telephone: (202) 461-4900

In Reply Refer To: GCL 262849

<u>Certified-Mail</u>
#7013 2630 0001 4725 6232

September 30, 2019

Hughie D. Hunt, Esq.
Kemet Hunt Law Group, Inc.
5000 Sunnyside Ave., Ste 101
Beltsville, MD 20705

    Re: Administrative Tort Claim of Rufus Hawkins

Dear Mr. Hunt:

This office has completed review of the above matter under the Federal Tort Claims Act (FTCA).

Following careful consideration, we have determined that the claim is not amenable to administrative resolution. This office made an offer on September 9, 2019, of $5,000 related to your client's allegation of negligence involving practitioners at the Department of Veterans Affairs, District of Columbia Medical Center. That offer was not accepted; thus, it is our position that this claim must be denied as not subject to administrative resolution.

This denial is the last action we will take on this tort claim. If your client wishes to pursue this claim further, he may file suit in Federal district court within 6 months from the date at the top of this letter. 28 U.S.C. § 2401 (b). If he does file suit, you should name the United States as the defendant, not VA or any other Department or Agency.

Please note that FTCA claims are governed by a combination of Federal and state laws. Some state laws may limit or bar a claim or law suit. VA attorneys handling FTCA claims work for the Federal government, and cannot provide advice regarding the impact of state laws or state filing requirements.

Sincerely,

Robert P. Kirchhoefer
Deputy Chief Counsel

# UNITED STATES DISTRICT COURT
for the

District of Columbia ☒

| | |
|---|---|
| Rufus Hawkins <br><br> *Plaintiff(s)* <br> v. <br><br> United States of America <br><br> *Defendant(s)* | ) ) ) ) ) ) ) ) ) ) ) ) ) Civil Action No. |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* R. Peter Masterton
Colonel, U.S. Army Commanding
Department of the Army
Office of the Judge Advocate General
4411 Llewellyn Avenue, Suite 5360
Fort George G. Meade, MD 20755-5125

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:
Hughie D. Hunt, Esq.
Kemet Hunt Law Group, Inc.
5000 Sunnyside Avenue, Suite 101
Beltssville, MD 20705
301-982-0888

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date:

*Signature of Clerk or Deputy Clerk*

Civil Action No.

# PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____ .

☐ I personally served the summons on the individual at *(place)* _____

on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____

, a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is

designated by law to accept service of process on behalf of *(name of organization)* _____

on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify):*


My fees are $ _____ for travel and $ _____ for services, for a total of $   0.00   .

I declare under penalty of perjury that this information is true.

Date: _____

*Server's signature*

*Printed name and title*

*Server's address*

Additional information regarding attempted service, etc:

# UNITED STATES DISTRICT COURT
for the

District of Columbia ☒

| | |
|---|---|
| Rufus Hawkins | ) |
| | ) |
| | ) |
| | ) |
| _Plaintiff(s)_ | ) |
| v. | ) Civil Action No. |
| | ) |
| United States of America | ) |
| | ) |
| | ) |
| | ) |
| _Defendant(s)_ | ) |

## SUMMONS IN A CIVIL ACTION

To: _(Defendant's name and address)_ William Pelham Barr
United States Attorney General
U.S. Department of Justice
950 Pennsylvania Avenue, NW
Washington, DC 20530-0001

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:
Hughie D. Hunt, Esq.
Kemet Hunt Law Group, Inc.
5000 Sunnyside Avenue, Suite 101
Beltssville, MD 20705
301-982-0888

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

_CLERK OF COURT_

Date:

_Signature of Clerk or Deputy Clerk_

Civil Action No.

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____ .

☐ I personally served the summons on the individual at *(place)* _____

on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is

designated by law to accept service of process on behalf of *(name of organization)*

_____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*:


My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: _____

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional information regarding attempted service, etc:

# UNITED STATES DISTRICT COURT
for the

District of Columbia

Rufus Hawkins

)
)
)
)
)
*Plaintiff(s)* )
v. ) Civil Action No.
)
United States of America )
)
)
)
*Defendant(s)* )

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* Timothy J. Shea
U.S. Attoney for the District of Columbia
Judiciary Center Building
555 Fourth Street, NW
Washington, DC 20530

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Hughie D. Hunt, Esq.
Kemet Hunt Law Group, Inc.
5000 Sunnyside Avenue, Suite 101
Beltssville, MD 20705
301-982-0888

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date:

*Signature of Clerk or Deputy Clerk*

Civil Action No.

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____ .

☐ I personally served the summons on the individual at *(place)* _____

_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)*

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is

designated by law to accept service of process on behalf of *(name of organization)*

_____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*:



My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: _____

*Server's signature*

_____

*Printed name and title*

_____

*Server's address*

Additional information regarding attempted service, etc:

# CIVIL COVER SHEET

JS-44 (Rev. 6/17 DC)

## I. (a) PLAINTIFFS
Rufus Hawkins
2515 Alabama Avenue, SE, #218
Washington, DC 20020

## DEFENDANTS
United States of America

(b) COUNTY OF RESIDENCE OF FIRST LISTED PLAINTIFF _____
(EXCEPT IN U.S. PLAINTIFF CASES)

COUNTY OF RESIDENCE OF FIRST LISTED DEFENDANT _____
(IN U.S. PLAINTIFF CASES ONLY)
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED

## (c) ATTORNEYS (FIRM NAME, ADDRESS, AND TELEPHONE NUMBER)
Hughie D. Hunt, Esq.
Kemet Hunt Law Group, Inc.
5000 Sunnyside Avenue, Suite 101
Beltsville, MD 20705
301-982-0888

## ATTORNEYS (IF KNOWN)
William Pelham Barr

## II. BASIS OF JURISDICTION
(PLACE AN x IN ONE BOX ONLY)

- ○ 1 U.S. Government Plaintiff
- ● 2 U.S. Government Defendant
- ○ 3 Federal Question (U.S. Government Not a Party)
- ○ 4 Diversity (Indicate Citizenship of Parties in item III)

## III. CITIZENSHIP OF PRINCIPAL PARTIES (PLACE AN x IN ONE BOX FOR PLAINTIFF AND ONE BOX FOR DEFENDANT) FOR DIVERSITY CASES ONLY!

| | PTF | DFT | | PTF | DFT |
|---|---|---|---|---|---|
| Citizen of this State | ● 1 | ○ 1 | Incorporated or Principal Place of Business in This State | ○ 4 | ○ 4 |
| Citizen of Another State | ○ 2 | ○ 2 | Incorporated and Principal Place of Business in Another State | ○ 5 | ○ 5 |
| Citizen or Subject of a Foreign Country | ○ 3 | ○ 3 | Foreign Nation | ○ 6 | ○ 6 |

## IV. CASE ASSIGNMENT AND NATURE OF SUIT
(Place an X in one category, A-N, that best represents your Cause of Action and one in a corresponding Nature of Suit)

### ○ A. Antitrust
- ☐ 410 Antitrust

### ○ B. Personal Injury/Malpractice
- ☐ 310 Airplane
- ☐ 315 Airplane Product Liability
- ☐ 320 Assault, Libel & Slander
- ☐ 330 Federal Employers Liability
- ☐ 340 Marine
- ☐ 345 Marine Product Liability
- ☐ 350 Motor Vehicle
- ☐ 355 Motor Vehicle Product Liability
- ☐ 360 Other Personal Injury
- ☒ 362 Medical Malpractice
- ☐ 365 Product Liability
- ☐ 367 Health Care/Pharmaceutical Personal Injury Product Liability
- ☐ 368 Asbestos Product Liability

### ○ C. Administrative Agency Review
- ☐ 151 Medicare Act

**Social Security**
- ☐ 861 HIA (1395ff)
- ☐ 862 Black Lung (923)
- ☐ 863 DIWC/DIWW (405(g))
- ☐ 864 SSID Title XVI
- ☐ 865 RSI (405(g))

**Other Statutes**
- ☐ 891 Agricultural Acts
- ☐ 893 Environmental Matters
- ☐ 890 Other Statutory Actions (If Administrative Agency is Involved)

### ○ D. Temporary Restraining Order/Preliminary Injunction

Any nature of suit from any category may be selected for this category of case assignment.

*(If Antitrust, then A governs)*

### ○ E. General Civil (Other) OR ○ F. Pro Se General Civil

**Real Property**
- ☐ 210 Land Condemnation
- ☐ 220 Foreclosure
- ☐ 230 Rent, Lease & Ejectment
- ☐ 240 Torts to Land
- ☐ 245 Tort Product Liability
- ☐ 290 All Other Real Property

**Personal Property**
- ☐ 370 Other Fraud
- ☐ 371 Truth in Lending
- ☐ 380 Other Personal Property Damage
- ☐ 385 Property Damage Product Liability

**Bankruptcy**
- ☐ 422 Appeal 27 USC 158
- ☐ 423 Withdrawal 28 USC 157

**Prisoner Petitions**
- ☐ 535 Death Penalty
- ☐ 540 Mandamus & Other
- ☐ 550 Civil Rights
- ☐ 555 Prison Conditions
- ☐ 560 Civil Detainee – Conditions of Confinement

**Property Rights**
- ☐ 820 Copyrights
- ☐ 830 Patent
- ☐ 835 Patent – Abbreviated New Drug Application
- ☐ 840 Trademark

**Federal Tax Suits**
- ☐ 870 Taxes (US plaintiff or defendant)
- ☐ 871 IRS-Third Party 26 USC 7609

**Forfeiture/Penalty**
- ☐ 625 Drug Related Seizure of Property 21 USC 881
- ☐ 690 Other

**Other Statutes**
- ☐ 375 False Claims Act
- ☐ 376 Qui Tam (31 USC 3729(a))
- ☐ 400 State Reapportionment
- ☐ 430 Banks & Banking
- ☐ 450 Commerce/ICC Rates/etc.
- ☐ 460 Deportation

- ☐ 462 Naturalization Application
- ☐ 465 Other Immigration Actions
- ☐ 470 Racketeer Influenced & Corrupt Organization
- ☐ 480 Consumer Credit
- ☐ 490 Cable/Satellite TV
- ☐ 850 Securities/Commodities/Exchange
- ☐ 896 Arbitration
- ☐ 899 Administrative Procedure Act/Review or Appeal of Agency Decision
- ☐ 950 Constitutionality of State Statutes
- ☐ 890 Other Statutory Actions (if not administrative agency review or Privacy Act)

| | | | |
|---|---|---|---|
| ○ **G. Habeas Corpus/ 2255**<br>☐ 530 Habeas Corpus – General<br>☐ 510 Motion/Vacate Sentence<br>☐ 463 Habeas Corpus – Alien Detainee | ○ **H. Employment Discrimination**<br>☐ 442 Civil Rights – Employment (criteria: race, gender/sex, national origin, discrimination, disability, age, religion, retaliation)<br>*(If pro se, select this deck)* | ○ **I. FOIA/Privacy Act**<br>☐ 895 Freedom of Information Act<br>☐ 890 Other Statutory Actions (if Privacy Act)<br>*(If pro se, select this deck)* | ○ **J. Student Loan**<br>☐ 152 Recovery of Defaulted Student Loan (excluding veterans) |
| ○ **K. Labor/ERISA (non-employment)**<br>☐ 710 Fair Labor Standards Act<br>☐ 720 Labor/Mgmt. Relations<br>☐ 740 Labor Railway Act<br>☐ 751 Family and Medical Leave Act<br>☐ 790 Other Labor Litigation<br>☐ 791 Empl. Ret. Inc. Security Act | ○ **L. Other Civil Rights (non-employment)**<br>☐ 441 Voting (if not Voting Rights Act)<br>☐ 443 Housing/Accommodations<br>☐ 440 Other Civil Rights<br>☐ 445 Americans w/Disabilities – Employment<br>☐ 446 Americans w/Disabilities – Other<br>☐ 448 Education | ○ **M. Contract**<br>☐ 110 Insurance<br>☐ 120 Marine<br>☐ 130 Miller Act<br>☐ 140 Negotiable Instrument<br>☐ 150 Recovery of Overpayment & Enforcement of Judgment<br>☐ 153 Recovery of Overpayment of Veteran's Benefits<br>☐ 160 Stockholder's Suits<br>☐ 190 Other Contracts<br>☐ 195 Contract Product Liability<br>☐ 196 Franchise | ○ **N. Three-Judge Court**<br>☐ 441 Civil Rights – Voting (if Voting Rights Act) |

**V. ORIGIN**

⦿ 1 Original Proceeding ○ 2 Removed from State Court ○ 3 Remanded from Appellate Court ○ 4 Reinstated or Reopened ○ 5 Transferred from another district (specify) ○ 6 Multi-district Litigation ○ 7 Appeal to District Judge from Mag. Judge ○ 8 Multi-district Litigation – Direct File

**VI. CAUSE OF ACTION** (CITE THE U.S. CIVIL STATUTE UNDER WHICH YOU ARE FILING AND WRITE A BRIEF STATEMENT OF CAUSE.)
28 U.S.C. 1346(b) and 2671- Plaintiff is suing for failure to diagnose/treat at VA Medical Center

| VII. REQUESTED IN COMPLAINT | CHECK IF THIS IS A CLASS ACTION UNDER F.R.C.P. 23 ☐ | DEMAND $ 10,000,000.00<br>JURY DEMAND: | Check YES only if demanded in complaint<br>YES ☐  NO ☒ |
|---|---|---|---|
| VIII. RELATED CASE(S) IF ANY | (See instruction) | YES ☐  NO ☒ | If yes, please complete related case form |

DATE: _03/26/2020_    SIGNATURE OF ATTORNEY OF RECORD _[signature]_

**INSTRUCTIONS FOR COMPLETING CIVIL COVER SHEET JS-44**
Authority for Civil Cover Sheet

The JS-44 civil cover sheet and the information contained herein neither replaces nor supplements the filings and services of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. Consequently, a civil cover sheet is submitted to the Clerk of Court for each civil complaint filed. Listed below are tips for completing the civil cover sheet. These tips coincide with the Roman Numerals on the cover sheet.

I. COUNTY OF RESIDENCE OF FIRST LISTED PLAINTIFF/DEFENDANT (b) County of residence: Use 11001 to indicate plaintiff if resident of Washington, DC, 88888 if plaintiff is resident of United States but not Washington, DC, and 99999 if plaintiff is outside the United States.

III. CITIZENSHIP OF PRINCIPAL PARTIES: This section is completed only if diversity of citizenship was selected as the Basis of Jurisdiction under Section II.

IV. CASE ASSIGNMENT AND NATURE OF SUIT: The assignment of a judge to your case will depend on the category you select that best represents the primary cause of action found in your complaint. You may select only one category. You must also select one corresponding nature of suit found under the category of the case.

VI. CAUSE OF ACTION: Cite the U.S. Civil Statute under which you are filing and write a brief statement of the primary cause.

VIII. RELATED CASE(S), IF ANY: If you indicated that there is a related case, you must complete a related case form, which may be obtained from the Clerk's Office.

Because of the need for accurate and complete information, you should ensure the accuracy of the information provided prior to signing the form.